# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY WATTS, derivatively on behalf of OCUGEN, INC., <br>     Plaintiff, <br><br> v. <br><br> SHAKAR MUSUNURI, <br> SANJAY SUBRAMANIAN, <br> JESSICA CRESPO, <br> QUAN VU, <br> MICHAEL BREININGER, <br> RAMESH KUMAR, <br> JUNGE ZHANG, <br> UDAY KOMPELLA, <br> MARNA C. WHITTINGTON, <br> KRISTEN CASTILLO, <br> PRABHAVATHI FERNANDES, <br> MANISH POTTI and <br> OCUGEN, INC., <br>     Defendants. | CIVIL ACTIONS <br><br><br> NO. 24-2234 |
| PRIYANK GARG, derivatively on behalf of OCUGEN, INC., <br>     Plaintiff, <br><br> v. <br><br> SHANKAR MUSUNURI, SANJAY SUBRAMANIAN, JESSICA CRESPO, QUAN VU, MICHAEL BREININGER, RAMESH KUMAR, JUNGE ZHANG, UDAY KOMPELLA, MARNA C. WHITTINGTON, KRISTEN CASTILLO, PRABHAVATHI FERNANDES, MANISH POTTI and OCUGEN, INC., <br>     Defendants. | NO. 24-3119 |
| MELISSA VOTER, derivatively on behalf of OCUGEN, INC., <br>     Plaintiff, <br><br> v. | NO. 24-3209 |

| | |
|---|---|
| SHANKAR MUSUNURI, KIRSTEN M. CASTILLO, PRABHAVATHI FERNANDES, UDAY KOMPELLA, RAMESH KUMAR, JUNGE ZHANG, MARNA C. WHITTINGTON, SANJAY SUBRAMANIAN, JESSICA CRESPO, QUAN VU, MICHAEL BREININGER and OCUGEN, INC.,<br>　　　　　Defendants. | |
| JIM SMAARDYK, derivatively on behalf of OCUGEN, Inc.,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SHANKAR MUSUNURI, KIRSTEN M. CASTILLO, PRABHAVATHI FERNANDES, UDAY KOMPELLA, RAMESH KUMAR, JUNGE ZHANG, MARNA C. WHITTINGTON, SANJAY SUBRAMANIAN, JESSICA CRESPO, QUAN VU, MICHAEL BREININGER and OCUGEN, INC.,<br>　　　　　Defendants. | NO. 24-4813 |
| RATNA KAMMULURI, derivatively on behalf of OCUGEN, Inc.,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>SHANKAR MUSUNURI, KIRSTEN M. CASTILLO, PRABHAVATHI FERNANDES, UDAY KOMPELLA, RAMESH KUMAR, JUNGE ZHANG, MARNA C. WHITTINGTON, SANJAY SUBRAMANIAN, MANISH POTTI, JESSICA CRESPO, QUAN VU,<br>　　　　　Defendants,<br><br>　　　and<br><br>OCUGEN, INC.<br>　　　　　Nominal Defendant. | NO. 24-4864 |

# **O R D E R**

**AND NOW**, this 13th day of March, 2025, upon consideration of the pending Motions to Consolidate and Appoint Leadership in 24-cv-2234 (ECF No. 11), 24-cv-3119 (ECF No. 6), 24-cv-3209 (ECF No. 19), and the arguments presented during a status hearing on **November 7, 2024** with counsel from the above-captioned cases present, **IT IS ORDERED** as follows:

1. The Motions to Consolidate are **GRANTED**.[1] The following cases shall be consolidated into the earliest filed case number which will now serve as the lead case (24-cv-2234):

   a. 24-cv-2234 (Watts v. Musunuri, et al.)

   b. 24-cv-3119 (Garg v. Musunuri, et al.)

   c. 24-cv-3209 (Voter v. Musunuri, et al.)

   d. 24-cv-4813 (Smaardyk v. Musunuri, et al.)

   e. 24-cv-4864 (Kammuluri v. Musunuri, et al.)

2. All filings shall be docketed only under the consolidated Civil Action Number 24-cv-2234. Any filing made in a member case shall be dismissed as moot.

3. The Motions to Appoint Counsel are **DENIED WITHOUT PREJUDICE.**[2]

---

[1] During the status conference with counsel from all the above-captioned cases present, the Motion to Consolidate was unopposed by any party.
  To facilitate the administration of justice, district courts are afforded broad power to consolidate actions, whether on motion of a party or sua sponte. *Ellerman Lines, Ltd. v. Atl. & Gulf Stevedores, Inc.*, 339 F.2d 673, 675 (3d Cir.1964). In considering consolidation, "the court must balance the savings of time and effort gained through consolidation against the prejudice, inconvenience, or expense that it might cause." *Demchak Partners Ltd. P'ship v. Chesapeake Appalachia, LLC*, No. 13-2289, 2014 WL 4955259, at *10 (M.D. Pa. Sept. 30, 2014). "[A] threshold requirement for consolidation is whether there exists a common question of law or fact." *Russell v. United States*, No. 1:12-CV-0407, 2012 WL 2792239, at *2 (M.D. Pa. July 9, 2012) (citing *In re Consol. Parlodel Litig.*, 182 F.R.D. 441, 444 (D.N.J. 1998)). The decision to consolidate cases with common issues of fact or law is still within the discretion of the court so long as "consolidation would facilitate the administration of justice." *See Russell*, 2012 WL 2792239, at *2 (quoting *Waste Distillation Tech., Inc. v. Pan Am. Res., Inc.*, 775 F. Supp. 759, 761 (D. Del. 1991)). The above-captioned actions involve questions of law and fact that are common to each case. All of the above-captioned actions are shareholder derivative suits against Ocugen, Inc. and various officers, directors, and board members of Ocugen, Inc. There is no prejudice in consolidating the cases as all the cases are in their early pleading stages. Thus, consolidation of these actions would conserve the resources of the parties and the resources of the Court, and will not prejudice any party.

[2] The Court, at this time will deny the Motions to Appoint Counsel until the resolution of a related class action case, Patterson v. Ocugen, Inc. et al (24-cv-1500). After resolution of the pending Motion to Dismiss, the Court will allow the parties to refile their Motion to Appoint Counsel and the Court will consider the motion and render its decision at that time.

4. The above-captioned cases shall be **STAYED** until the Court's resolution of the pending Motion to Dismiss (ECF No. 40) in <u>Patterson v. Ocugen, Inc. et al</u> (24-cv-1500).

5. Any party seeking to add terms to the STAY shall submit a stipulation within 14 days of the date of this order. Existing stipulations between the parties related to the STAY **SHALL REMAIN IN EFFECT.**

6. The Clerk of Court shall **MARK** the member cases **CLOSED.**

**IT IS FURTHER ORDERED** that all future filings shall contain the following caption:

| | |
|---|---|
| **JEFFREY WATTS, PRIYANK GARG, MELISSA VOTER, JIM SMAARDYK and RATNA KAMMULURI, derivatively on behalf of OCUGEN, INC.,** <br>　　　　**Plaintiffs,** <br><br>　　　　v. <br><br>**SHAKAR MUSUNURI,** <br>**SANJAY SUBRAMANIAN,** <br>**JESSICA CRESPO,** <br>**QUAN VU,** <br>**MICHAEL BREININGER,** <br>**RAMESH KUMAR,** <br>**JUNGE ZHANG,** <br>**UDAY KOMPELLA,** <br>**MARNA C. WHITTINGTON,** <br>**KRISTEN CASTILLO,** <br>**PRABHAVATHI FERNANDES,** <br>**MANISH POTTI and** <br>**OCUGEN, INC.,** <br>　　　　**Defendants.** | **CIVIL ACTIONS** <br><br><br><br><br><br> **NO. 24-2234** |

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**